IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MOISES BARRAGAN, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>NORTHTOWN CAPITAL SERVICES GROUP, LLC,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.  1:23-CV-00258<br>§   JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. [Dkt. 8]. Plaintiff is seeking a dismissal without prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 8th day of February, 2024.

_____
Michael J. Truncale
United States District Judge